UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------
Joseph Dellutri,

                Plaintiff,

    -against-

New York Police Department, et al.,

                Defendants

----------------------------------------------------

DISMISSAL ORDER
10 Civ 9074 (CM)

**McMahon, C.**

    For the reasons discussed on the record at a conference held April 20, 2012, it is hereby:

    **ORDERED**, that the above-entitled action is dismissed with prejudice.

                                            So Ordered:

                                            Hon. Colleen McMahon
                                            United States District Judge

Date: May 14, 2012
     New York, New York

Copies mailed/faxed/handed to counsel on 5/14/12